# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 310                                  Date: 5/12/2021     Time: 11:00a.m.

Defendant: Garry Laforest     J#: _____     Case #: 21-6312-AOV
AUSA: Don Chase (Duty) *Matt Shahabian AUSA SDNY*     Attorney: Huda Macri, AFPD
Violation: Conspiracy to Commit Wire Fraud
Proceeding: Initial Appearance-Rule 40/5 Removal     CJA Appt: _____
Bond/PTD Held: ☒Yes ☐No     Recommended Bond: _____
Bond Set at: 2 million PSB secured by Property or $100K in cash     Co-signed by: 3 persons (Not co-defendant)

☒ Surrender and/or do not obtain passports/travel docs     Language: English

☒ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

Disposition: Defendant present via VTC and verbally consents to proceed via VTC. Defendant advised of rights and charges. AFPD appointed for purposes of Removal hearing only. Deft verbally waives Identity and Removal hearing. Defendant to be released today. Per Court Defendant has two weeks to comply with conditions.

☐ Random urine testing by Pretrial Services ___
  Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☒ Maintain or seek full-time employment/education  *No access to Bank Acct Info*

☐ No contact with victims/witnesses

☐ No firearms

☒ Not to encumber property

☐ May not visit transportation establishments

☒ Home Confinement/Electronic Monitoring and/or GPS
  Curfew ___ pm to ___ am, paid by Defendant

☒ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☒ Travel extended to: SDFL, EDNY, SDNY
☒ Other: Disclose all Financial Accounts to Pretrial - Do not open any new accounts

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____
D.A.R. 12:48:40                                       Time in Court: 50 mins

6

CHECK IF APPLICABLE: _____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..